SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff,<br><br>  vs.<br><br>C. Kish Incorporated, et al,<br><br>      Defendants | ) Case No.**2:10-cv-02653-LKK-GGH**<br>)<br>) **ORDER RE: REQUEST FOR DISMISSAL**<br>) **OF C. KISH INCORPORATED**<br>)<br>) Case to Remain Open with<br>) Remaining Defendants<br>)<br>)<br>) |

IT IS HEREBY ORDERED THAT Defendant, C. Kish

Incorporated, is hereby dismissed Without Prejudice.  This

case is to remain open with remaining Defendants.


Date: December 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL