UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

         Plaintiff,

   v.

C. KISH INCORPORATED, et al.,

         Defendants.
_____/

NO. CIV. S-10-2653 LKK/GGH

O R D E R

A status conference was scheduled for January 10, 2011 in the above-captioned case. Defendant C. Kish was dismissed on December 14, 2010. ECF No. 10. The remaining defendant, Robert R. Rodriguez was served, but has not filed an answer. The time for filing an answer has expired, and defendant appears to be in default. Accordingly, the court ORDERS as follows:

    [1] The status conference scheduled for January 10, 2011 is vacated; and

    [2] Plaintiff is ordered to file a motion for default judgement before the assigned magistrate judge within thirty (30) days.

1

1   IT IS SO ORDERED.

2   DATED: January 7, 2011.

```
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```