IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,               No. CIV S-10-2653 LKK GGH

 vs.

C. KISH INC., et al.,

    Defendants.             ORDER

_____/

        Plaintiff's motion for default judgment against defendant Rodriguez presently is calendared for hearing on March 3, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  <u>See</u> E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The March 3, 2011 hearing on the motion for default judgment, filed February 2, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: February 24, 2011       /s/ Gregory G. Hollows

                                    U. S. MAGISTRATE JUDGE

GGH:076:Johnson2653.vac.wpd