IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                    No. CIV S-10-2653 LKK GGH

    vs.

C. KISH INC., et al.,

      Defendants.             <u>ORDER</u>

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On May 25, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed May 25, 2011, are adopted in full;

        2. Plaintiff's motion for entry of default judgment is GRANTED as to Robert

1  Rodriguez in the amount of $8,000; and

2              3.  Injunctive relief is granted against defendant Robert Rodriguez requiring a
3  properly configured correct number and type of properly configured disabled parking space(s)
4  including a van accessible disabled parking space, accessible route, accessible entrance,
5  accessibility signage, and striping, in conformity with the Americans with Disabilities Act
6  Accessibility Guidelines (ADAAG) as set forth in 28 Code of Federal Regulations, Part 36.
7  DATED: September 23, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT